**FILED**
JUL 26 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  Name: Fernando Gastelum
2  Address: 209 W. 9th Street, Casa Grande, AZ 85122
3  Telephone Number: Number: 520-560-0927
   Email: fernandog8899@gmail.com
4  *Pro se*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Fernando Gastelum,

    Plaintiff,

vs.

Jackson Iv LLC dba Hampton Inn & Suites Sacramento at CSUS,

    Defendant.

Case No.: 1:21CV01130 NONE SKO

**COMPLAINT**





### I.  STATEMENT OF CLAIM

1. My name is Fernando Gastelum. I am 61 years old. I am missing a leg and use a wheelchair for mobility.

2. Defendant owns or operates a hotel at 1875 65th Street, Sacramento, California 95819 (Hotel).

3. I booked an accessible room at the Hotel for the night of June 30, 2021.

4. When I came to the Hotel, I noted that it was not compliant with the Americans with Disabilities Act and the California's civil rights laws:

    a. Cabinets in guest room require pinching and tight grasping to open This condition makes it more difficult for me to open the cabinets.

    b. Doors require twisting of the wrist. This condition makes it more difficult for me to open the doors from my wheelchair.

    c. Shower requires two hands to operate This condition makes it more difficult for me to operate it in light of my prosthetic leg.

    d. Doors require greater than five lbs of force. This condition makes it more difficult for me to open the doors from my wheelchair position.

    e. Unsecured carpets. This condition makes it more difficult to roll the wheelchair over uneven surface.

    f. No dispersion of accessible parking to all accessible entrances. This condition makes it more difficult for me to access accessible entrances from accessible parking.

5. I was denied equal access to the Hotel because the Hotel did not comply with disability and civil rights laws.

6. I will not return back to the Hotel until it becomes fully compliant with federal and state disability laws.

## II. RELIEF I REQUEST

1. Order Defendant to comply with the ADA and California law or close its Hotel.

2. Order Defendant to pay my cost and expenses. If I retain a lawyer, then also my lawyer's fees.

3. Damages under California law for $4,000 per violation for a total to be determined at a hearing.

4. Other relief that I am entitled to.

III.  **REQUEST FOR JURY TRIAL**

I request a jury trial.

DATED this 20th day of July, 2021

_____
Fernando Gastelum

3